sheriff, was appointed *ex officio* administrator of the estate of William Lee Apthorp, deceased. The judgment is affirmed.

Decision Per Curiam.

---

Charles H. Parlin and John R. Blocker, Appellants, vs. Benjamin L. Curtis, Caroline A. Hall and Julia W. Kelly, Appellees.

Appeal from Circuit Court, Franklin county; William D. Barnes, Judge.

Benj. S. Liddon and Geo. P. Raney, for Appellants.
Fred. T. Myers, for Appellees.

The bill in this cause was filed by the appellees against the appellants. There was decree for the complainants, and the defendants appeal.

Appeal dismissed on praecipe of counsel for appellants.

---

Henry Vernon Remnant, Plaintiff in Error, vs. The First National Bank of Orlando, a corporation under the laws of the United States, Defendant in Error. Case No. 1.

Writ of error to Circuit Court, Orange county; John D. Broome, Judge.

Massey & Baumgarten, for Plaintiff in Error.

Beggs & Palmer, for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error. The judgment is affirmed.

Decision Per Curiam.

-------

Henry Vernon Remnant, Plaintiff in Error, vs. The First National Bank of Orlando, a corporation under the laws of the United States, Defendant in Error. Case No. 2.

Writ of error to Circuit Court, Orange county; John D. Broome, Judge.

Massey & Baumgarten, for Plaintiff in Error.

Beggs & Palmer, for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error. The judgment is affirmed.

Decision Per Curiam.